UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEL MONTE FRESH PRODUCE COMPANY, )
  241 Sevilla Avenue, Coral Gables, FL 33134 and )

DEL MONTE FOODS (U.A.E.) FZE, )
  Office 218, Lob 15 )
  Jebel Ali Free Zone )
  Dubai, United Arab Emirates, )

    Plaintiffs, )

  vs. )

UNITED STATES OF AMERICA, )
  c/o Office of the United States Attorney for the District of Columbia, )
  555 4th Street, N.W., )
  Washington, D.C. 20530, )

UNITED STATES DEPARTMENT OF THE TREASURY, )
  1500 Pennsylvania Avenue, NW, )
  Washington, DC 20220, and )

OFFICE OF FOREIGN ASSETS CONTROL, )
  United States Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220, )

    Defendants. )

C.A. No. _____

Case: 1:07-cv-02143
Assigned To : Bates, John D.
Assign. Date : 11/28/2007
Description: Admn. Agency Review

**CERTIFICATE UNDER LCVR 7.1**

I, the undersigned, counsel of record for Del Monte Fresh Produce Company and Del Monte Foods (U.A.E.) FZE, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Del Monte Fresh Produce Company and Del Monte Foods (U.A.E.) FZE which have any outstanding securities in the hands of the public: Fresh Del Monte Produce, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho (D.C. Bar No. 391837)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Myron Paul Barlow (D.C. Bar No. 462886)
BARLOW AND ASSOCIATES, PLLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 895-1714

Attorneys for Plaintiffs
Del Monte Fresh Produce Company and
Del Monte Foods (U.A.E.) FZE

Dated:   November 28, 2007