UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY and <br><br> DEL MONTE FOODS (U.A.E.) FZE, <br><br>     Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, and <br><br> OFFICE OF FOREIGN ASSETS CONTROL, <br><br>     Defendants. | C.A. No. 1:07-cv-02143 (JDB) |

**PLAINTIFFS' MOTION TO PLACE
UNDER SEAL THE DECLARATIONS OF
JEFFREY S. BAILEY AND MOHAMMED ABBAS**

    Pursuant to Local Civil Rule 5.1(j), Plaintiffs respectfully move for an Order placing under seal the Declarations of Jeffrey S. Bailey and Mohammed Abbas. These Declarations contain non-public, confidential information regarding Plaintiffs' business operations. The release of such information would prejudice the Plaintiffs and harm its competitive position in the agricultural commodities market at issue in this dispute.

    Jeffrey S. Bailey is the Associate General Counsel of Plaintiff Del Monte Fresh Produce Company. His Declaration includes lists of specific existing and potential customers and the commodities they may purchase from Del Monte Fresh

Produce Company. Public release of this information would harm Plaintiffs' competitive position.

Mohammed Abbas is the General Manager of Plaintiff Del Monte Foods (U.A.E.) FZE, an affiliate of Plaintiff Del Monte Fresh Produce Company located in Dubai, United Arab Emirates. His Declaration discusses Plaintiffs' conditions for doing business in the Persian Gulf region. Furthermore, Mr. Abbas's Declaration contains information about negotiated agreements, including prices, with specific customers. Mr. Abbas also examines the competitive position of Del Monte Foods (U.A.E.) FZE in light of the present dispute. Public release of this information would harm Plaintiffs' competitive position.

The Declarations Messrs. Bailey and Abbas contain non-public and sensitive business information. The release of these Declarations would benefit Plaintiffs' competitors and undermine its existing customer relationships. The public has little, if any, need for access to such information in the present matter. As such, Plaintiffs respectfully request the Court enter an Order placing the Declarations under seal.

        Respectfully submitted,

        _____/s/ Daniel G. Jarcho_____
        Daniel G. Jarcho (D.C. Bar No. 391837)
        MCKENNA LONG & ALDRIDGE LLP
        1900 K Street, N.W.
        Washington, D.C. 20006
        (202) 496-7500

        Myron Paul Barlow (D.C. Bar No. 462886)
        BARLOW AND ASSOCIATES, PLLC
        5335 Wisconsin Avenue, N.W.
        Suite 440
        Washington, D.C. 20015
        (202) 895-1714

        Attorneys for Plaintiffs
        Del Monte Fresh Produce Company and
Dated:    November 29, 2007    Del Monte Foods (U.A.E.) FZE

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Plaintiffs' Motion to Place Under Seal the Declarations of Jeffrey S. Bailey and Mohammed Abbas and Proposed Order to be served by hand on November 29, 2007, on:

United States Attorney
  for the District of Columbia
501 3rd Street, N.W.
Washington, D.C. 20001

By: /s/ Daniel G. Jarcho
Daniel G. Jarcho

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY and <br><br> DEL MONTE FOODS (U.A.E.) FZE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, and <br><br> OFFICE OF FOREIGN ASSETS CONTROL, <br><br> Defendants. | C.A. No. 1:07-cv-02143 (JDB) |

## **PROPOSED ORDER**

Having reviewed Plaintiffs' Motion to Place Under Seal the Declarations of Jeffrey S. Bailey and Mohammed Abbas and determining that the documents contain non-public and sensitive business information the release of which would prejudice the Plaintiffs, the Court finds that the Motion should be GRANTED.

Therefore, it is hereby ORDERED the Declarations shall be placed under seal.

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

2

Copies to:

Daniel G. Jarcho
McKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC  20006

Myron Paul Barlow
BARLOW AND ASSOCIATES, PLLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, DC  20015

United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530