UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEL MONTE FRESH PRODUCE COMPANY, and | ) ) ) | |
| DEL MONTE FOODS (U.A.E.) FZE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | C.A. No. 1:07-cv-02143 (JDB) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY, and | ) ) ) ) | |
| OFFICE OF FOREIGN ASSETS CONTROL, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL OF**
**APPLICATION FOR PRELIMINARY INJUNCTION**

Plaintiffs Del Monte Fresh Produce Company and Del Monte Foods (U.A.E.)

FZE hereby provide notice that they are withdrawing their Application for

Preliminary Injunction filed November 29, 2007.

Respectfully submitted,


_____/s/Daniel G. Jarcho_____

Daniel G. Jarcho (D.C. Bar No. 391837)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Myron Paul Barlow (D.C. Bar No. 462886)
BARLOW AND ASSOCIATES, PLLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C.  20015
(202) 895-1714

Attorneys for Plaintiffs
Del Monte Fresh Produce Company and
Dated:        November 30, 2007        Del Monte Foods (U.A.E.) FZE

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served by first class

mail, postage prepaid on the following on this 30th day of November 2007

      Nicholas A. Oldham
      Trial Attorney
      Civil Division, Federal Programs Branch
      United States Department of Justice
      20 Massachusetts Ave., N.W., Rm. 7204
      Washington, DC 20530

       /s/Daniel G. Jarcho
      Daniel G. Jarcho