AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Del Monte Fresh Produce Company and
Del Monte Foods (U.A.E.) FZE

**SUMMONS IN A CIVIL CASE**

V.

United States of America,
United States Department of the Treasury
and Office of Foreign Assets Control

CASE

Case: 1:07-cv-02143
Assigned To : Bates, John D.
Assign. Date : 11/28/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Department of the Treasury
1500 Pennyslvania Avenue, NW
Washington, DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel G. Jarcho
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          NOV 2 8 2007
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 28, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel G. Jarcho | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 10, 2008          /s/ Daniel G. Jarcho
                  Date                   *Signature of Server*
                                         McKenna Long & Aldridge LLP
                                         1900 K Street, NW
                                         Washington, DC  20006
                                         (202) 496-7500
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.