IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | Civil Action No. 07-2143 (JDB) |

**JOINT MOTION TO PLACE UNDER SEAL EXHIBITS A AND B OF DECLARATION OF ELIZABETH W. FARROW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

The parties respectfully move pursuant to Local Rule 5.1(j) for an Order placing under seal Exhibits A and B of the January 28, 2008 Declaration of Elizabeth W. Farrow ("Farrow Declaration"). As good cause for this Motion, the parties state as follows:

1. Defendants filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction on January 28, 2008 (dkt. no. 16), which included as Exhibit 1 the Farrow Declaration. The Farrow Declaration attached as Exhibit A a copy of Plaintiff Del Monte Fresh Produce Company's ("Del Monte") August 8, 2007 application for a license pursuant to regulations promulgated by Defendant Office of Foreign Assets Control ("OFAC"), 66 Fed. Reg. 36,683 (July 12, 2001), which implement The Trade Sanctions Reform and Export Enhancement Act of 2000 ("TSRA"), 22 U.S.C. §§ 7201 *et seq.* The Farrow Declaration also attached as Exhibit B a copy of the license issued in response to Del Monte's August 8 license application.

2. On January 31, 2008, counsel for Plaintiffs contacted counsel for Defendants and stated Plaintiffs' position that Exhibits A and B of the Farrow Declaration include confidential business information the release of which would harm Plaintiffs. Specifically, the license

application (Exhibit A) and license (Exhibit B) contain a list of Plaintiffs' customers and the commodities they may purchase from Plaintiffs. On the same day, the parties requested that the Court's ECF docketing clerk take the Farrow Declaration off the public record pending the parties' conferral about Exhibits A and B and the filing of appropriate relief from the Court.

3. On November 28, 2007, Plaintiffs filed an application for preliminary injunction that requested the Court to order OFAC to issue the disputed license in response to Del Monte's August 8 license application (dkt. no. 3), which Plaintiffs withdrew the next day (dkt no. 5). Along with their application for preliminary injunction, Plaintiffs filed a motion to seal various declarations in support of their application (dkt. no. 4), including the Declaration of Jeffrey S. Bailey, Associate General Counsel of Del Monte, which attached the August 8 license application. The motion asserted that the release of the information "would harm Plaintiffs' competitive position." Plaintiffs represent that this harm continues to exist even though the disputed license has been issued. Defendants represent that they did not remember Plaintiffs' motion to seal when they filed their Motion to Dismiss, and thus that they inadvertently failed to discuss Exhibits A and B with Plaintiffs' counsel prior to filing.

4. Based upon Plaintiffs' claim that specific information is confidential business information and potential harm that can result from disclosure to the public, Defendants do not object to placing Exhibits A and B under seal.

Accordingly, the parties respectfully request that the Court enter an Order placing Exhibits A and B of the Farrow Declaration under seal.

Respectfully submitted,

| | |
|---|---|
| _____/s/Daniel G. Jarcho_____<br>Daniel G. Jarcho (D.C. Bar No. 391837)<br>MCKENNA LONG & ALDRIDGE L.L.P.<br>1900 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 496-7500<br>email: djarcho@mckennalong.com<br><br>Myron Paul Barlow (D.C. Bar No. 462886)<br>BARLOW AND ASSOCIATES, PLLC<br>5335 Wisconsin Avenue, N.W.<br>Suite 440<br>Washington, D.C.  20015<br>(202) 895-1714<br>email: mb@barlowpllc.com<br><br>Attorneys for Plaintiffs<br>Del Monte Fresh Produce Company and<br>Del Monte Foods (U.A.E.) FZE | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>SANDRA M. SCHRAIBMAN<br>(D.C. Bar No. 188599)<br>Assistant Branch Director<br>Federal Programs Branch<br><br>\_\_\_\_/s/  Nicholas A. Oldham_____<br>Nicholas A. Oldham<br>(D.C. Bar No. 484113)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br><u>Mailing Address</u><br>P.O. Box 883<br>Washington, D.C.  20044<br><u>Delivery Address</u><br>20 Massachusetts Ave., N.W.<br>Washington, D.C.  20001<br>Tel: (202) 514-3367<br>Fax: (202) 616-8470<br>nicholas.oldham@usdoj.gov<br><br>Attorneys for Defendants |

Dated:  February 6, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | Civil Action No. 07-2143 (JDB) |

### [PROPOSED] ORDER

HAVING CONSIDERED the parties' Joint Motion To Place Under Seal Exhibits A and B of the Declaration of Elizabeth W. Farrow, filed with Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction on January 28, 2008 (dkt. no. 16), it is hereby this _____ day of _____ 2008, **ORDERED** that Exhibits A and B of the Farrow Declaration shall be placed under seal.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE