IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | Civil Action No. 07-2143 (JDB) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION
TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants, by undersigned counsel, respectfully move pursuant to Rule 6 of the Federal Rules of Civil Procedure for a three-day extension of time through and including February 22, 2008 to file their Reply in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. In support of this Motion, Defendants state as follows:

1. Defendants filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction on January 28, 2008 (dkt. no. 16). Plaintiffs filed their Opposition on February 8, 2008 (dkt. no. 18). Pursuant to Fed. R. Civ. P. 6 and Local Rule 7(d), Defendants' Reply is due on or before Tuesday, February 19, 2008.

2. Due to scheduling difficulties, undersigned counsel needs an additional three days to prepare Defendants' Reply and obtain the necessary approval to file the Reply.

3. Pursuant to Local Rule 7(m), undersigned counsel has conferred with counsel for Plaintiffs. Plaintiffs do not oppose the relief requested in this Motion.

Accordingly, Defendants respectfully request that the Court grant an extension of time through and including Friday, February 22, 2008 for Defendants to file their Reply.

Dated: February 12, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SANDRA M. SCHRAIBMAN
(D.C. Bar No. 188599)
Assistant Branch Director
Federal Programs Branch

  /s/  Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C.  20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W.
Washington, D.C.  20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEL MONTE FRESH PRODUCE
COMPANY, *et al.*,

      Plaintiffs,

  v.                              Civil Action No. 07-2143 (JDB)

UNITED STATES, *et al.*,

      Defendants.

### [PROPOSED] ORDER

HAVING CONSIDERED the Defendants' Unopposed Motion for Extension of Time for Defendants to File Reply in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction, it is hereby this ____ day of _____ 2008, **ORDERED** that Defendants' Reply is due on or before February 22, 2008.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE