UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY and<br><br>DEL MONTE FOODS (U.A.E.) FZE,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, and<br><br>OFFICE OF FOREIGN ASSETS CONTROL,<br><br>　　　　Defendants. | C.A. No. 1:07-cv-02143 (JDB) |

**PLAINTIFFS' MOTION FOR RECONSIDERATION
OF MOTION TO PLACE UNDER SEAL THE DECLARATIONS
OF JEFFREY S. BAILEY AND MOHAMMED ABBAS**

Plaintiffs Del Monte Fresh Produce Company and Del Monte Foods (U.A.E.) FZE ("Del Monte") respectfully request the Court to reconsider its order denying the motion to place under seal the declarations of Jeffrey S. Bailey and Mohammed Abbas. As explained below, these declarations are pertinent to the government's pending motion to dismiss, even though they initially were filed in connection with Del Monte's motion for preliminary injunction (which has been withdrawn). Because they are pertinent to the pending motion to dismiss, the Court should file them under seal, as part of the record in this case, and consider them in connection

with its ruling on the motion to dismiss.[1]  Counsel for the Del Monte has consulted with counsel for the government, who has indicated that the government takes no position on this motion for reconsideration.

The question presented in this case is whether the government unlawfully withheld, or unreasonably delayed, an export license authorizing Del Monte to ship food to its customers in Iran.  The Declaration of Mr. Abbas addresses the substantial economic injury that Del Monte faced, on the date this suit was filed, from the government's inaction on the export license.  The Declaration of Mr. Bailey contains related factual information.  Although the declarations were filed in connection with its motion for preliminary injunction, Del Monte referred to the two declarations in its opposition to the government's motion to dismiss, in a discussion of standing and the redressable injury that Del Monte faced on the date this suit was filed.  See Plaintiffs' Opposition to Defendants' Motion to Dismiss at 20 n.6 (filed February 8, 2008).  The declarations therefore are pertinent to an issue now pending before the Court.

The Court should file the declarations under seal, because they contain non-public, confidential information regarding Del Monte's business operations.  The release of such information would prejudice Del Monte and harm its competitive position in the agricultural commodities market at issue in this dispute.

---

[1]  Del Monte has not resubmitted the two declarations, because the Clerk's Office has indicated that they are still lodged with the Court.  Del Monte stands ready to resubmit the declarations at the Court's request.

Jeffrey S. Bailey is the Associate General Counsel of Plaintiff Del Monte Fresh Produce Company. His Declaration includes lists of specific customers and the commodities they may purchase from Del Monte Fresh Produce Company and its affiliates. Public release of this information would harm Plaintiffs' competitive position.

Mohammed Abbas is the General Manager of Plaintiff Del Monte Foods (U.A.E.) FZE, an affiliate of Plaintiff Del Monte Fresh Produce Company located in Dubai, United Arab Emirates. His Declaration discusses Plaintiffs' conditions for doing business in the Persian Gulf region. Furthermore, Mr. Abbas's Declaration contains information about negotiated agreements, including prices, with specific customers. Mr. Abbas also examines the competitive position of Del Monte Foods (U.A.E.) FZE. Public release of this information would harm Plaintiffs' competitive position.

The Declarations Messrs. Bailey and Abbas contain non-public and sensitive business information. The release of these Declarations would benefit Plaintiffs' competitors and undermine its existing customer relationships. The public has little, if any, need for access to such information in the present matter. As such, Plaintiffs respectfully request the Court enter an Order filing the Declarations under seal.

        Respectfully submitted,


        _____/s/ Daniel G. Jarcho_____
        Daniel G. Jarcho (D.C. Bar No. 391837)
        MCKENNA LONG & ALDRIDGE LLP
        1900 K Street, N.W.
        Washington, D.C. 20006
        (202) 496-7500

        Myron Paul Barlow (D.C. Bar No. 462886)
        BARLOW AND ASSOCIATES, PLLC
        5335 Wisconsin Avenue, N.W.
        Suite 440
        Washington, D.C. 20015
        (202) 895-1714

        Attorneys for Plaintiffs
        Del Monte Fresh Produce Company and
Dated:    February 13, 2008    Del Monte Foods (U.A.E.) FZE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY and <br><br> DEL MONTE FOODS (U.A.E.) FZE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, and <br><br> OFFICE OF FOREIGN ASSETS CONTROL, <br><br> Defendants. | C.A. No. 1:07-cv-02143 (JDB) |

## PROPOSED ORDER

Having reviewed Plaintiffs' Motion for Reconsideration of Motion to Place Under Seal the Declarations of Jeffrey S. Bailey and Mohammed Abbas and determining that the documents are pertinent to an issue before the Court, and that they contain non-public and sensitive business information the release of which would prejudice the Plaintiffs, the Court finds that the Motion should be GRANTED.  Therefore, it is hereby ORDERED the Declarations shall be made a part of the record in this case and placed under seal.

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

2

Copies to:

Daniel G. Jarcho
McKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC  20006

Myron Paul Barlow
BARLOW AND ASSOCIATES, PLLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, DC  20015

Nicholas A. Oldman
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044