UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEL MONTE FRESH PRODUCE COMPANY and | ) ) ) | |
| DEL MONTE FOODS (U.A.E.) FZE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | C.A. No. 1:07-cv-02143 (JDB) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY, and | ) ) ) | |
| OFFICE OF FOREIGN ASSETS CONTROL, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE REGARDING FILING OF**
**<u>DECLARATION OF JEFFREY S. BAILEY UNDER SEAL</u>**

Notice is given that the Declaration of Jeffrey S. Bailey has been filed in paper format under seal with the Court. This document is not available for public viewing.

Respectfully submitted,

   /s/ Daniel G. Jarcho
Daniel G. Jarcho (D.C. Bar No. 391837)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500
email: djarcho@mckennalong.com

                                          Myron Paul Barlow (D.C. Bar No. 462886)
                                          BARLOW AND ASSOCIATES, PLLC
                                          5335 Wisconsin Avenue, N.W.
                                          Suite 440
                                          Washington, D.C.  20015
                                          (202) 895-1714
                                          email: mb@barlowpllc.com

                                          Attorneys for Plaintiffs
                                          Del Monte Fresh Produce Company and
                                          Del Monte Foods (U.A.E.) FZE

February 15, 2008

## **CERTIFICATE OF SERVICE**

I, Daniel G. Jarcho, hereby certify that the foregoing Notice was served on counsel for the Defendants, Nicholas Oldham, through the Court's electronic filing system on February 15, 2008, and that the Declaration of Jeffrey S. Bailey was served by hand on the United States Attorney for the District of Columbia on November 29, 2007.



                                                      /s/ Daniel G. Jarcho