UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY, and<br><br>DEL MONTE FOODS (U.A.E.) FZE,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, and<br><br>OFFICE OF FOREIGN ASSETS CONTROL,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:07-cv-02143 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE REGARDING FILING OF**
**<u>DECLARATION OF MOHAMMED ABBAS UNDER SEAL</u>**

    Notice is given that the Declaration of Mohammed Abbas has been filed in paper format under seal with the Court. This document is not available for public viewing.

                                                  Respectfully submitted,

                                                    /s/ Daniel G. Jarcho
                                        Daniel G. Jarcho (D.C. Bar No. 391837)
                                        MCKENNA LONG & ALDRIDGE LLP
                                        1900 K Street, N.W.
                                        Washington, D.C. 20006
                                        (202) 496-7500
                                        email: djarcho@mckennalong.com

                Myron Paul Barlow (D.C. Bar No. 462886)
                BARLOW AND ASSOCIATES, PLLC
                5335 Wisconsin Avenue, N.W.
                Suite 440
                Washington, D.C.  20015
                (202) 895-1714
                email: mb@barlowpllc.com

                Attorneys for Plaintiffs
                Del Monte Fresh Produce Company and
                Del Monte Foods (U.A.E.) FZE

February 15, 2008

## **CERTIFICATE OF SERVICE**

    I, Daniel G. Jarcho, hereby certify that the foregoing Notice was served on counsel for the Defendants, Nicholas Oldham, through the Court's electronic filing system on February 15, 2008, and that the Declaration of Mohammed Abbas was served by hand on the United States Attorney for the District of Columbia on November 29, 2007.

                                                /s/ Daniel G. Jarcho