IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | Civil Action No. 07-2143 (JDB) |

**MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION
TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants, by undersigned counsel, respectfully move pursuant to Rule 6 of the Federal Rules of Civil Procedure for a five-day extension of time through and including February 27, 2008 to file their Reply in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. In support of this Motion, Defendants state as follows:

1. Defendants filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction on January 28, 2008 (dkt. no. 16). Plaintiffs filed their Opposition on February 8, 2008 (dkt. no. 18). Defendants filed a first extension of time on February 12, 2008, requesting a three-day extension of time because of scheduling difficulties. The Court granted this request for extension on February 13, 2008.

2. The scheduling difficulties identified in Defendants' first extension of time have become significantly more acute than expected. In particular, counsel has been engaged in the preparation of numerous briefs, including the Reply in this case, that are due over the next several days. In light of the substantial preparation time, approval and coordination time for

these briefs, undersigned counsel needs an additional five days to prepare Defendants' Reply and obtain the necessary approval to file the Reply.

3.	Pursuant to Local Rule 7(m), undersigned counsel has conferred with Plaintiffs' counsel, who has represented that Plaintiffs take no position on this motion.

Accordingly, Defendants respectfully request that the Court grant an extension of time through and including Wednesday, February 27, 2008 for Defendants to file their Reply.

Dated:  February 22, 2008                             Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SANDRA M. SCHRAIBMAN
(D.C. Bar No. 188599)
Assistant Branch Director
Federal Programs Branch

  /s/  Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C.  20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W.
Washington, D.C.  20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | Civil Action No. 07-2143 (JDB) |

**[PROPOSED] ORDER**

HAVING CONSIDERED the Defendants' Motion for Extension of Time for Defendants to File Reply in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction, it is hereby this ____ day of _____ 2008, **ORDERED** that Defendants' Reply is due on or before February 27, 2008.

							_____
							JOHN D. BATES
							UNITED STATES DISTRICT JUDGE