IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>Defendants. | Civil Action No. 07-2143 (JDB) |

NOTICE OF RELEASE OF QUARTERLY
REPORT FOR OCTOBER–DECEMBER 2007

Defendants respectfully notify the Court that on April 24, 2008, Defendant Office of Foreign Assets Control ("OFAC") released its Quarterly Report of Licensing Activities pursuant to Section 906(b) of the Trade Sanctions Reform and Export Enhancement Act of 2000 ("TSRA"), 22 U.S.C. § 7205(b), covering activities undertaken by OFAC under Section 906(a)(1) of TSRA, 22 U.S.C. § 7205(a)(1), from October through December 2007. A copy of this quarterly report is attached hereto.

Defendants notify the Court of this recent release because both parties discuss OFAC's TSRA quarterly reports in their briefing regarding Defendants' Motion to Dismiss (dkt. no. 16). Specifically, in their opposition to Defendants' Motion to Dismiss, Plaintiffs attach as Exhibit 1 three TSRA quarterly reports (July-September 2006, October-December 2006, and January-March 2007). Pls.' Opp'n to Defs.' Mot. to Dismiss 11 n.3 & Ex. 1 (dkt. no. 18). Defendants discuss the January-March 2007 TSRA quarterly report in their Reply brief. Defs.' Reply in Supp. of Mot. to Dismiss 10 n.8 (dkt. 24). At the time the parties filed their briefs, the January-March 2007 quarterly report was the most recent report released by OFAC. Defendants recently

notified the Court on March 18, 2008 that OFAC released its TSRA quarterly report for April through June 2007 (dkt. no. 25), and on April 10, 2008 that OFAC released its TSRA quarterly report for July through September 2007 (dkt. no. 26).

Dated: May 13, 2008                    Respectfully submitted,

                                       GREGORY G. KATSAS
                                       Acting Assistant Attorney General

                                       JEFFREY A. TAYLOR
                                       United States Attorney

                                       SANDRA M. SCHRAIBMAN
                                       (D.C. Bar No. 188599)
                                       Assistant Branch Director
                                       Federal Programs Branch

                                         /s/ Nicholas A. Oldham
                                       Nicholas A. Oldham (D.C. Bar No. 484113)
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       <u>Mailing Address</u>
                                       P.O. Box 883
                                       Washington, D.C.  20044
                                       <u>Delivery Address</u>
                                       20 Massachusetts Ave., N.W.
                                       Washington, D.C.  20001
                                       Tel: (202) 514-3367
                                       Fax: (202) 616-8470
                                       nicholas.oldham@usdoj.gov

                                       Attorneys for Defendant

# OFFICE OF FOREIGN ASSETS CONTROL

## REPORT OF LICENSING ACTIVITIES

## PURSUANT TO

## THE TRADE SANCTIONS REFORM AND EXPORT ENHANCEMENT ACT OF 2000

### October - December 2007

This report is submitted pursuant to Section 906(b) of the Trade Sanctions Reform and Export Enhancement Act of 2000 ("TSRA") and covers activities undertaken by the Treasury Department's Office of Foreign Assets Control ("OFAC") under Section 906(a)(1) of the TSRA from October through December 2007. Under the procedures established in its TSRA-related regulations, OFAC processes license applications requesting authorization to export agricultural commodities, medicine, and medical devices to Iran and Sudan under the one-year specific licensing regime set forth in Section 906 of the TSRA.

From October 1 to December 31, 2007, OFAC's Licensing Division received a total of 276 applications pursuant to Section 906(a)(1) of the TSRA. During this reporting quarter, OFAC issued a total of 202 licensing determinations,[1] of which 76 were for cases received in this quarter. One hundred (100) licenses (average turnaround: 80 business days) and twenty six (26) license amendments[2] (average turnaround: 17 business days) were issued in this quarter. In addition, OFAC issued nineteen (19) "return-without-action" letters ("RWA letters") (average turnaround: 18 business days), and ten (10) denial letters (average turnaround: 80 business days) (**See Charts 1-3 and Graph 1**).

On October 25, 2007, the property and interests in property of two Iranian financial institutions (Bank Mellat and Bank Melli) were blocked under OFAC sanctions with respect to WMD proliferation and another Iranian financial institution (Bank Saderat) for support to terrorist organizations. Though these actions affected the processing of TSRA applications, the overall average time for issuing licensing determinations in this quarter in response to submissions to OFAC pursuant to the TSRA was 67 business days.

The increased complexity and length of license applications (the majority of applications pertain to the export of medical devices to Iran) coupled with the more protracted scrutiny on the part of other reviewing agencies continued to affect processing time of license applications in this quarter. These cases are evaluated both in terms of whether the foreign entities involved in the transaction "promote international terrorism," as required in section 906 of the TSRA, and in terms of whether the commodities at issue implicate independent export control regimes involving chemical or biological weapons or weapons of mass destruction as provided in section 904(2)(C) of the TSRA.

---

[1] A "licensing determination" is any action that OFAC takes on a license application. It may take the form of a license, a license amendment, a "return-without-action" letter, a general information letter, an interpretative letter, a denial letter, a telephone call, a fax, or an e-mail.

[2] A "license amendment" is an amendment to an existing license previously issued by OFAC.

Office of Foreign Assets Control                                                        U.S. Department of the Treasury

TSRA AgMed Program                                              Quarterly Report

## CHART 1
### Number of License Applications and Licenses Issued by Product

|                           | Agricultural Commodities | Medicine | Medical Devices | TOTAL |
|---------------------------|--------------------------|----------|-----------------|-------|
| License Applications      | 89                       | 20       | 167             | 276   |
| Licenses Issued           | 30                       | 13       | 57              | 100   |
| License Amendments Issued | 21                       | 2        | 3               | 26    |
| Applications Denied       | 2                        | 1        | 7               | 10    |

## CHART 2
### Number of License Applications and Licenses Issued by Country

|                           | Iran | Sudan | TOTAL |
|---------------------------|------|-------|-------|
| License Applications      | 247  | 29    | 276   |
| Licenses Issued           | 84   | 16    | 100   |
| License Amendments Issued | 23   | 3     | 26    |
| Applications Denied       | 10   | 0     | 10    |

## CHART 3
### Number of License Applications and Licenses Issued by Country and Product

|                                       | Agricultural Commodities | Medicine | Medical Devices | TOTAL |
|---------------------------------------|--------------------------|----------|-----------------|-------|
| **IRAN**                              |                          |          |                 |       |
| License Applications                  | 78                       | 20       | 149             | 247   |
| Licenses and License Amendments Issued| 45                       | 9        | 53              | 107   |
| **SUDAN**                             |                          |          |                 |       |
| License Applications                  | 11                       | 0        | 18              | 29    |
| Licenses and License Amendments Issued| 6                        | 6        | 7               | 19    |

## GRAPH 1

**Average Processing Time for Issuing Licensing Determinations** (Business Days)



- Denial Letters: 80
- Licenses: 80
- RWA Letters: 18
- Overall Average: 67

Office of Foreign Assets Control                          U.S. Department of the Treasury

2