UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEL MONTE FRESH PRODUCE CO., et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>    Defendants. | Civil Action No. 07-2143 (JDB) |

# ORDER

Upon consideration of defendants' motion to dismiss for lack of subject matter jurisdiction, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED** and this action is **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED.**

                                          /s/
                                     JOHN D. BATES
                                United States District Judge

Date:  July 16, 2008