UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEL MONTE FRESH PRODUCE )
COMPANY, and DEL MONTE FOODS )
(U.A.E.) FZE, )
)
)
Plaintiffs, )   C.A. No. 1:07-cv-02143 (JDB)
)
vs. )
)
UNITED STATES OF AMERICA et al., )
)
Defendants. )
)

## NOTICE OF APPEAL

Please take notice that Plaintiffs Del Monte Fresh Produce Company and Del Monte Foods (U.A.E.) FZE hereby appeal, to the United States Court of Appeals for the District of Columbia Circuit, from the final judgment entered in this case on July 16, 2008.

Respectfully submitted,

/s/Daniel G. Jarcho
Daniel G. Jarcho (D.C. Bar No. 391837)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Myron Paul Barlow (D.C. Bar No. 462886)
BARLOW AND ASSOCIATES, PLLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
Dated:    September 3, 2008        (202) 895-1714